

## ROBERT BOND, PA-C, ESQUIRE
### LICENSED TO PRACTICE LAW IN PA AND NJ

Medical PA license in Pennsylvania and Delaware

**11880 Bustleton Ave, Suite 206**
**Philadelphia, PA 19116**
**T. 215-240-7565**
**F. 215-449-3370**
**Rbond@phillylawcenter.com**

**www.Phillylawcenter.com**

May 5, 2026

Clerk's Office,
US District Court
Eastern District of New York

Central Islip
100 Federal Plaza
Central Islip, NY 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 0 6 2026   ★

LONG ISLAND OFFICE

# CV 26 2294

# BULSARA, J.

**RE:    Yeleshev v. La Rocco**

Dear Sir/Madam:

Enclosed please find the following:

    a.    Petition for Writ of Habeas Corpus;
    b.    Motion for Temporary Restraining Order; and
    c.    Petition for Admission, Pro Hac Vice

I thank you in advance for your time and attention in this matter. Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

ROBERT BOND

RB/jjs
Enc.