# EXHIBIT A



МӘЛІМЕТ / OBSERVATIONS

ҰЛТЫ / НАЦИОНАЛЬНОСТЬ

ҚАЗАҚ / КАЗАХ

ПАСПОРТ / PASSPORT  ТҮРІ / TYPE  МЕМЛЕКЕТ КОДЫ / CODE OF STATE  ПАСПОРТТЫҢ № / PASSPORT No.

P    KAZ    N16849119

ТЕП / SURNAME
ЕЛЕШЕВ
YELESHEV

АТЫ / GIVEN NAMES
ЕСИМХАН
YESSIMKHAN

АЗАМАТТЫҒЫ / NATIONALITY    ЖЫНЫСЫ / SEX    ЖСН / ID No.
KAZAKHSTAN    M    870911301843

ТУҒАН КҮНІ / DATE OF BIRTH    ТУҒАН ЖЕРІ / PLACE OF BIRTH
11.09.1987    KAZAKHSTAN

БЕРІЛГЕН КҮНІ / DATE OF ISSUE
12.08.2025

ПАСПОРТ МЕРЗІМІ / DATE OF EXPIRY    ӨЗ ҚОЛЫ / SIGNATURE OF BEARER
11.08.2035

БЕРГЕН ОРГАН / AUTHORITY
MINISTRY OF INTERNAL AFFAIRS

P<KAZYELESHEV<<YESSIMKHAN<<<<<<<<<<<<<<<<<<
N168491196KAZ8709114M3508116870911301843<<72

A-1



МӘЛІМЕТ / OBSERVATIONS

ҰЛТЫ / НАЦИОНАЛЬНОСТЬ
**ҚАЗАҚ / КАЗАХ**

ПАСПОРТ / PASSPORT

ТҮРІ / TYPE **P**  МЕМЛЕКЕТ КОДЫ / CODE OF STATE **KAZ**  ПАСПОРТТЫҢ № / PASSPORT No. **N13220031**

ТЕГІ / SURNAME
ЕЛЕШЕВ
YELESHEV

АТЫ / GIVEN NAMES
ЕСИМХАН
YESSIMKHAN

АЗАМАТТЫҒЫ / NATIONALITY  ЖЫНЫСЫ / SEX **M**  ЖСН / ID No. **870911301843**
KAZAKHSTAN

ТУҒАН КҮНІ / DATE OF BIRTH  ТУҒАН ЖЕРІ / PLACE OF BIRTH
11.09.1987  KAZAKHSTAN

БЕРІЛГЕН КҮНІ / DATE OF ISSUE
22.02.2021

ПАСПОРТ МЕРЗІМІ / DATE OF EXPIRY  ӨЗ ҚОЛЫ / SIGNATURE OF BEARER
21.02.2031

БЕРГЕН ОРГАН / AUTHORITY
MINISTRY OF INTERNAL AFFAIRS

```
P<KAZYELESHEV<<YESSIMKHAN<<<<<<<<<<<<<<<<<<<
N132200317KAZ8709114M3102215870911301843<<72
```

A-2



A-3