# EXHIBIT B

12/9/25, 4:17 PM                          I-94/I-95 Official Website - Get Most Recent Response

👤 For: **YESSIMKHAN YELESHEV**



## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** 753500330A4

**Arrival/Issued Date:** 2025 October 06

**Class of Admission:** B2

**Admit Until Date:** 2026 April 04

**Details provided on the I-94 Information form:**

**Last/Surname:** YELESHEV

**First (Given) Name:** YESSIMKHAN

**Birth Date:** 1987 September 11

**Document Number:** N16849119

**Country of Citizenship:** Kazakhstan

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

▶ For security, close your browser after retrieving your I-94/I-95 number.

OMB No. 1651-0111
Expiration Date: 12/31/2025

B-1