# EXHIBIT C



| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | 01/05/2026 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | A236 526 113 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MGL2641840025 | 01/05/2026 | 1 of 2 |
| | | **DATE OF BIRTH** |

YESSIMKHAN YELESHEV  
c/o ROBERT BOND  
PHILLYLLAWCENTER  
603 BRIGHTON BEACH AVENUE  
2ND FLOOR  
BROOKLYN NY 11235

PAYMENT INFORMATION:  
Application/Petition Fee: $100.00  
Total Amount Received: $100.00  
Total Balance Due: $.00

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal, was received and is pending as of 01/05/2026.

Having a pending asylum application with USCIS does not preclude the Department of Homeland Security (DHS) from placing you into removal proceedings. If you wish to leave the United States while your asylum application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application. You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service will not change your address with USCIS.

BIOMETRICS APPOINTMENT AND ASYLUM INTERVIEW NOTICES:

You will receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

**WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.**

ANNUAL ASYLUM FEE:

If your asylum application remains pending for 365 days or more, you must pay the Annual Asylum Fee as of the one-year anniversary of your filing and each year thereafter that your asylum application remains pending on such day of the calendar year. For more information, reference https://www.uscis.gov/i-589.

EMPLOYMENT AUTHORIZATION:

You may file a Form I-765, Application for Employment Authorization, based on your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 CFR 208.7(a)(1). The 150-day waiting period and the 180-day eligibility period, commonly referred to as the 180-Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208.7(a)(2).

Delays requested or caused by the applicant may include:
- A request to transfer a case to a new asylum office or interview location, including when the transfer is based on your change of address;
- A request to reschedule an interview for a later date;
- Failure to appear at an interview or biometrics appointment;
- Failure to provide a competent interpreter at an interview (if required);
- A request to provide additional evidence at or after an interview;
- The submission of large volumes of evidence immediately before an interview that requires a reschedule; and

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

New York Asylum Office  
U.S. CITIZENSHIP & IMMIGRATION SVC  
1065 Stewart Avenue, Suite 200  
Bethpage NY 11714  
**USCIS Contact Center: www.uscis.gov/contactcenter**



| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | 01/05/2026 |
| CASE TYPE | | | USCIS ALIEN NUMBER |
| I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | | A236 526 113 |
| RECEIPT NUMBER | RECEIVED DATE | | PAGE |
| MGL2641840025 | 01/05/2026 | | 2 of 2 |
| | | | DATE OF BIRTH |

- Failure to receive and acknowledge an asylum decision in person (if required).

Applicant(s):

| Alien Number | Name |
|---|---|
| A236 526 113 | YELESHEV, YESSIMKHAN |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.**

New York Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1065 Stewart Avenue, Suite 200
Bethpage NY 11714
**USCIS Contact Center: www.uscis.gov/contactcenter**