# EXHIBIT E



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>MGL2641840025 | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date<br>01/05/2026 | Priority Date | Applicant  A236 526 113<br>YELESHEV, YESSIMKHAN |
| Notice Date<br>01/13/2026 | Page<br>1 of 3 | |

| | |
|---|---|
| ROBERT BOND<br>603 Brighton Beach Ave<br>2nd Floor<br>Brooklyn  NY  11235 | **Please come to:**<br>1065 Stewart Avenue, Suite 200<br>Bethpage, NY  11714<br>**On (Date):** Monday, February 23, 2026<br>**At (Time):** 09:30AM |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

You and your dependent family members (if any) on your Form I-589, Application for Asylum and for Withholding of Removal, are scheduled for an asylum interview on the date and time shown above. Please read this interview notice in its entirety, as it contains important information about your asylum interview.

**WARNING:** Unless USCIS excuses you, failure to appear at this asylum interview appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at this appointment as scheduled, USCIS may also: (1) dismiss your asylum application, if you are in lawful immigration status or in a valid period of parole; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or in a valid period of parole.

*I. Who should come with you to your interview?*

Only the following people may come with you to your interview:

- *Dependents:* All family members included in your asylum application as dependents must come to your interview.
- *Interpreter:* If you are not fluent in English, you must bring an interpreter to your interview. Your interpreter must:
  - Be at least 18 years old;
  - Not be your attorney or accredited representative, or witness;
  - Not be a representative or employee of your country of nationality, or, if stateless, your country of last habitual residence; and
  - Not have a pending asylum application for which he or she has not been interviewed.
  - If you need an interpreter and do not bring one, or if your interpreter is not competent, we will consider this a failure to appear for your interview without good cause and we will dismiss your asylum application or refer your asylum application to an immigration judge.
- *Attorney or Accredited Representative:* Your attorney or accredited representative may come with you to the interview. USCIS asylum offices permit attorneys and accredited representatives to participate in the interview remotely via telephone. For your attorney or accredited representative to participate remotely, your attorney or accredited representative must receive consent from you. Complete the REMOTE ATTORNEY OR REPRESENTATIVE PARTICIPATION IN AN AFFIRMATIVE ASYLUM AND/OR NACARA 203 INTERVIEW election form and submit this completed and signed form to the local asylum office at least ten (10) days prior to your scheduled interview. Please visit the Preparing for Your Asylum Interview page of the USCIS website at http://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/preparing-for-your-affirmative-asylum-interview for more information including a link to the election form. Your attorney or accredited representative may also contact the local asylum office directly for this election form. If your attorney or accredited representative requests to modify his or her election of remote participation to in-person participation fewer than 10 days prior to the interview, the asylum interview may be rescheduled. Any rescheduled interview caused by this modification will result in an applicant-caused delay for purposes of employment authorization.
- *Witnesses:* If you have a witness who will provide testimony in your case, that individual may come with you to your interview. However, we encourage your witness to provide sworn written testimony before your interview and not attend the interview. You may provide this written testimony to USCIS as additional evidence following the guidelines described in **Section III** below.
- *Minor Applicants:* If you are a minor applying for asylum by yourself, a trusted adult may come with you.

*II. What to Bring to Your Interview:*

| |
|---|
| Please see the additional information on the back. You will be notified separately about any other cases you filed. |
| **USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.** |
| New York Asylum Office<br>U.S. CITIZENSHIP & IMMIGRATION SVC<br>1065 Stewart Avenue, Suite 200<br>Bethpage NY 11714 |
| **USCIS Contact Center: www.uscis.gov/contactcenter** |





**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| MGL2641840025 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** 01/05/2026 | **Priority Date** | **Applicant** A236 526 113 YELESHEV, YESSIMKHAN |
| **Notice Date** 01/13/2026 | **Page** 2 of 3 | |

- If available, bring a written form of identification for you and each of your dependent family members (if any) listed as a dependent on your Form I-589 indicating name, date of birth, place of birth, and nationality.
- If available, bring the original and one copy of documentary evidence of your relationship to your family members (if any) listed as dependents on your Form I-589 (such as marriage certificates, birth certificates, or affidavits).

### III. Additional Evidence:

If you wish to submit additional evidence not previously submitted with your asylum application, you should submit it to the asylum office in writing as soon as possible or <u>at least</u> 7 to 10 days before the interview. You can mail the additional evidence to the asylum office or upload it via your myUSCIS account if you filed your application online. If you bring new evidence on the day of your interview, we may reschedule your interview. This reschedule will be considered *an applicant-caused delay* for purposes of eligibility for employment authorization. The *applicant-caused delay* will be resolved when you appear for your rescheduled interview.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

New York Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1065 Stewart Avenue, Suite 200
Bethpage NY 11714



USCIS Contact Center: www.uscis.gov/contactcenter



If you are visiting a field office and need directions, including public transportation directions, please see www.uscis.gov/fieldoffices for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.