# EXHIBIT F



Department of Homeland Security
U.S. Citizenship and Immigration Services

## Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number MGL2641840025 | | Case Type I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date 01/05/2026 | Priority Date | Applicant A236 526 113 YELESHEV, YESSIMKHAN |
| Notice Date 02/24/2026 | Page 1 of 2 | |

ROBERT BOND
603 Brighton Beach Ave
2nd Floor
Brooklyn NY 11235

**Cancelled Interview:**

1065 Stewart Avenue, Suite 200
Bethpage, NY 11714

**On (Date):** Monday, February 23, 2026
**At (Time):** 09:30AM

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

*** INTERVIEW CANCELLATION NOTICE ***

We must cancel your scheduled asylum interview based on your Form I-589, Application for Asylum and for Withholding of Removal. We regret any inconvenience this may cause. The rescheduling of your asylum interview will not result in an applicant-caused delay for purposes of employment authorization. As a reminder, you may file a Form I-765, Application for Employment Authorization, based on your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 CFR 208.7(a)(1). The 150-day waiting period and the 180-day eligibility period, commonly referred to as the 180-Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208.7(a)(2).

We will send you a separate notice informing you when you (and any family members included as dependents on your Form I-589) must appear for your rescheduled asylum interview. If you fail to appear for your rescheduled asylum interview without good cause, or fail without good cause to provide a competent interpreter if you are required to do so, we may refer your Form I-589 to an immigration judge, and you will be ineligible for employment authorization based on your pending Form I-589. For additional information regarding establishing good cause, please review uscis.gov/humanitarian/refugees-and-asylum/asylum/establishing-good-cause-or-exceptional-circumstances.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

New York Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1065 Stewart Avenue, Suite 200
Bethpage NY 11714

**USCIS Contact Center: www.uscis.gov/contactcenter**





If you are visiting a field office and need directions, including public transportation directions, please see www.uscis.gov/fieldoffices for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.