**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**YESSIMKHAN YELESHEV,**
*Petitioner,*

v.

Civil Action No. _____

**ANTHONY J. LA ROCCO, et al.,**
*Respondents.*

# EXHIBIT PACKAGE

*Filed in Support of Petition for Writ of Habeas Corpus*
*and Motion for Temporary Restraining Order*

**Counsel for Petitioner:**
Robert Bond, Esq. (PA Bar No. 308371)
Law Offices of Robert Bond, Esq.
11880 Bustleton Avenue, Suite 206
Philadelphia, PA 19116
(215) 240-7565 · rbond@phillylawcenter.com

# TABLE OF EXHIBITS

**Exhibit A** · U.S. Visa (B1/B2), Astana, 02/03/2025.......................................................... 3·6

**Exhibit B** · CBP Form I-94 (Admit-Until 04/04/2026; Admission # 753500330A4)................. 7·8

**Exhibit C** · USCIS I-797C Receipt MGL2641840025 (I-589 received 01/05/2026)................. 9·11

**Exhibit D** · USCIS Biometrics Confirmation 01/27/2026.................................................. 12·15

**Exhibit E** · USCIS Asylum Interview Notice for 02/23/2026............................................. 16·19

**Exhibit F** · USCIS Interview Cancellation 02/23/2026 + Reschedule to 04/06/2026................ 20·22

**Exhibit G** · USCIS Interview Cancellation 04/06/2026 + Reschedule to 05/04/2026................ 23·25

**Exhibit H** · USCIS I-797C Interview Reschedule for 05/04/2026, 10:00 AM, Bethpage NY....... 26·28