UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| YESSIMKHAN YELESHEV, | |
| Petitioner, | Case No. 26-cv-2294 (SJB) |
| v. | **DECLARATION OF DEPORTATION OFFICER DEMETRIOS VRAHNAS** |
| ANTHONY J. LAROCCO, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 1746, I, Demetrios Vrahnas, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since September 2025. As a Deportation Officer, I manage the cases of aliens who are in immigration proceedings. In my role as a Deportation Officer, I have access to ICE's records and databases and the records regarding Petitioner Yessimkhan Yeleshev, who is assigned Alien Number 236-526-113. The following representations are based my personal knowledge, review of ICE's electronic records and databases and consultation with my colleagues.

2.      I submit this declaration in support of Federal Respondents' response to the Petition for Writ of Habeas Corpus.

3.      On October 6, 2025, Petitioner, a citizen and national of Kazakhstan, entered the United States on a nonimmigrant temporary visitor for pleasure (B-2) visa at Los Angeles International Airport. Petitioner's visa authorized him to remain in the United States for a temporary period not to exceed April 4, 2026.

4.    Petitioner remained in the United States beyond April 4, 2026 without authorization.

5.    On May 4, 2026, I and other ICE officers reviewed all relevant records, including records from Interpol, related to Petitioner and made a determination that Petitioner would be arrested.  This decision was based on an assessment of Petitioner's danger to the community and flight risk. Petitioner is the subject of an Interpol Red Notice indicating that he is wanted in Kazakhstan with regard to a criminal matter and is noted to be an escape risk.  Additionally, Petitioner is a recent entrant to the United States, has no familial or community ties in the United States and has no known employment.

6.    On May 4, 2026, DHS issued a Form I-862, Notice to Appear ("NTA") directing Petitioner to appear before an immigration judge ("IJ"), for removal proceedings under INA § 240 (8 U.S.C. § 1229a).  Attached as Exhibit A is a true and correct copy of the NTA.

7.    On May 4, 2026, an I-200, Warrant of Arrest for Petitioner was issued.  Attached as Exhibit B is a true and correct copy of the I-200.

8.    On May 4, 2026, I and other officers from ICE were aware that Petitioner would be at the US Citizenship and Immigration Services ("USCIS") office, located at 1065 Stewart Avenue, Bethpage, NY

9.    In high visibility markings reading "POLICE," "ERO," and "ICE," I and the other officers identified ourselves and confirmed Petitioner's identity through a valid Kazakhstani passport. Petitioner was arrested pursuant to the I-200 and transported him to 100 Carman Avenue, East Meadow, New York for processing.

10.    On the same day, during processing, DHS served Petitioner with the NTA.  The NTA charged Petitioner with being removable as a nonimmigrant who "remained in the United

States for a time longer than permitted," in violation of § 237(a)(1)(B) of the Immigration and Nationality Act ("INA"). The NTA was filed with the Executive Office for Immigration Review ("EOIR"), thereby initiating removal proceedings against Petitioner.

11.    On May 4, 2026, ICE conducted an individualized custody determination and decided to detain the Petitioner. A Form I-286, Notice of Custody Determination ("I-286") was served on Petitioner on May 4, 2026, and Petitioner was transported to Nassau County Correctional Center, where he is presently detained pursuant to INA § 236(a) (8 U.S.C. § 1226(a)). Attached hereto as Exhibit C is the I-286.

12.    On May 5, Immigration Court issued a notice, scheduling Petitioner's initial immigration court hearing for May 13, 2026.

13.    Petitioner has not sought a bond hearing before an immigration judge.

Executed at New York, New York.
This 7th day of May, 2026.

DEMETRIOS P VRAHNAS
Digitally signed by DEMETRIOS P VRAHNAS
Date: 2026.05.07 15:22:22 -04'00'

Demetrios Vrahnas
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security