# Exhibit B

**U.S. DEPARTMENT OF HOMELAND SECURITY**      **Warrant for Arrest of Alien**

File No. ___236 526 113___

Date: ___05/04/2026___

**To:**   **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that ___YELESHEV, YESSIMKHAN___ is removable from the United States.  This determination is based upon:

☒  the execution of a charging document to initiate removal proceedings against the subject;

☐  the pendency of ongoing removal proceedings against the subject;

☐  the failure to establish admissibility subsequent to deferred inspection;

☒  biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐  statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

___J 7700 DIAZ - SDDO___
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___Bethpage, NY___
(Location)

on ___YELESHEV, YESSIMKHAN___ on ___05-04-2026___ , and the contents of this
(Name of Alien)                          (Date of Service)

notice were read to him or her in the ___KAZAKH___ language.
(Language)

J. Coxxxx _____        Victor 5565 _____
Name and Signature of Officer                    Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)