# Exhibit C

DEPARTMENT OF HOMELAND SECURITY
**NOTICE OF CUSTODY DETERMINATION**

Alien's Name: YELESHEV, YESSIMKHAN

A-File Number: 236 526 113

Date: 05/04/2026

Event ID: CIP2605000037

Subject ID: 402247917

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

☐ Under bond in the amount of $ _____

☐ On your own recognizance.

☐ Under other conditions. [Additional document(s) will be provided.]

DIAZ, J 7700
Name and Signature of Authorized Officer

05/04/2026 3:55 PM
Date and Time of Custody Determination

SDDO
Title

U.S. Immigration & Customs Enforcement
DRO - Central Islip, NY Sub Office
Islip, NY US
Office Location/Address

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

☐ I **do** request an immigration judge review of this custody determination.

☐ I **do not** request an immigration judge review of this custody determination.

REFUSED TO SIGN
Signature of Alien

05/04/2026
Date

The contents of this notice were read to YELESHEV, YESSIMKHAN in the KAZAKH language.
(Name of Alien)                                              (Name of Language)

GIANNI, J.11778
Name and Signature of Officer

null
Name or Number of Interpreter (if applicable)

Deportation Officer
Title

DHS Form I-286 (1/14)

Page 1 of 1