

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 11, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Yeleshev v. LaRocco, et. al.*, No. 26-cv-2294 (SJB)

Dear Judge Bulsara:

This Office represents William P. Joyce, Acting Field Officer Director, U.S. Immigration and Customs Enforcement ("ICE"), New York Field Office; Todd M. Lyons, in his official capacity as Acting Director of ICE; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; and Todd Blanche, in his official capacity as Acting Attorney General, U.S. Department of Justice ("Federal Respondents")[1] in the above-captioned case in which Petitioner Yessimkhan Yeleshev ("Petitioner") filed a petition for a writ of habeas corpus on May 6, 2026 challenging his detention by ICE. *See* Docket Entry ("DE") No. 1 (the "Petition"). Federal Respondents respectfully submit this letter in response to the Court's May 7, 2026 Order directing them to clarify (1) whether the Notice to Appear ("NTA") directing Petitioner to appear for immigration proceedings was issued after Petitioner's arrest and (2) when Petitioner was served with the NTA.

This Office has been informed by ICE that the NTA was issued between half an hour and one and a half hours after Petitioner was arrested. A form I-200, Warrant of Arrest ("I-200") was issued prior to Petitioner's arrest. After Petitioner was arrested at the US Citizenship and Immigration Services office, located at 1065 Stewart Avenue, Bethpage, NY, he was transported to 100 Carman Avenue, East Meadow, New York for intake processing, including to complete paperwork. Petitioner was served with the I-200 and NTA at the Carman Avenue intake location, approximately one and a half hours after he was arrested.

Federal Respondents thank the Court for its attention to this submission.

---

[1] This office does not represent respondent Anthony J. LaRocco, in his official capacity of Sheriff of Nassau County.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/ *Marika M. Lyons*
Marika M. Lyons
Diane C. Leonardo
Assistant United States Attorneys
(631) 715-7822/ 7854
Marika.lyons@usdoj.gov
Diane.beckmann@usdoj.gov

cc:     By ECF
Robert Bond, *Counsel for Petitioner*