

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 15, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Yeleshev v. LaRocco, et. al.*, No. 26-cv-2294 (SJB)

Dear Judge Bulsara:

This Office represents William P. Joyce, Acting Field Officer Director, U.S. Immigration and Customs Enforcement ("ICE"), New York Field Office; Todd M. Lyons, in his official capacity as Acting Director of ICE; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; and Todd Blanche, in his official capacity as Acting Attorney General, U.S. Department of Justice ("Federal Respondents")[1] in the above-captioned case in which Petitioner Yessimkhan Yeleshev ("Petitioner") filed a petition for a writ of habeas corpus on May 6, 2026 challenging his detention by ICE. *See* Docket Entry ("DE") No. 1 (the "Petition"). This letter is respectfully submitted in compliance with the Order entered yesterday, May 14, 2026, in which the Court ordered Respondents to effectuate Petitioner's release from custody by 5 p.m. today and to file a letter on the docket confirming Petitioner's release by the same time. *See* Dkt. No. 16.

This Office has been informed  by ICE that Petitioner was released today at approximately 3:20 p.m. from the Metropolitan Detention Center in Brooklyn, New York. In an email to the undersigned Assistant United States Attorney, Petitioner's counsel confirmed that Petitioner has been released.

Federal Respondents thank the Court for its attention to this submission.

---

[1]  This office does not represent respondent Anthony J. LaRocco, in his official capacity of Sheriff of Nassau County.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ *Marika M. Lyons*
Marika M. Lyons
Diane C. Leonardo
Assistant United States Attorneys
(631) 715-7822/ 7854
Marika.lyons@usdoj.gov
Diane.beckmann@usdoj.gov

cc:     By ECF
Robert Bond, *Counsel for Petitioner*